# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 113 WAL 2017

           Respondent           :

                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court
           v.                  :

BRIAN TIMOTHY MCMULLEN,       :

           Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.